# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RHINO RELOCATION,<br><br>    Defendant. | Case No. 1:17-cv-00324-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE |

On May 16, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 17, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1